Opinion issued July 3, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00649-CV

____________


MELINDA KAY MARTH, Appellant


V.


CHRIS ALAN MARTH, Appellee






On Appeal from the 300th District Court

Brazoria County, Texas

Trial Court Cause No. 19872*RH02






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss her appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Hedges and Nuchia.